A09A2347. JOHNSON v. THE STATE.

(716 SE2d 603)

MIKELL, Judge.

The Supreme Court granted certiorari in this case and, in *Johnson v. State*,[1] reversed the judgment of this Court, after concluding that Johnson was denied effective assistance of counsel. Therefore, we vacate our earlier opinion[2] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Ellington, C. J., and McFadden, J., concur.*

---

[1] 289 Ga. 532 (712 SE2d 811) (2011).

[2] *Johnson v. State*, 301 Ga. App. 423 (687 SE2d 663) (2009).

DECIDED AUGUST 31, 2011.

*Michael E. Garner*, for appellant.
*Julia Fessenden Slater, District Attorney, Michele C. Ivey, Michael E. Craig, Assistant District Attorneys*, for appellee.